UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS C. JOHNSON,
    Petitioner,

v.                                                       C.A. 09-611 S

ASHBEL T. WALL, Director,
R.I. Dept. of Corrections,
PATRICK C. LYNCH, Attorney
General for the State of
Rhode Island,
    Respondents.

## ORDER

The Report and Recommendations of United States Magistrate Judge David L. Martin filed on August 12, 2010 (document #12) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Petitioner's Objection to the Magistrate Judge's Report and Recommendation (document #16) is rejected and Respondents' Motion to Dismiss (document #7) is hereby GRANTED. As such, the Petition for Writ of Habeas Corpus (document #1) is hereby Dismissed with Prejudice for the reasons stated in the Magistrate Judge's Report and Recommendation.

ENTER:

_/s/ William E. Smith_
William E. Smith
United States District Judge

date: 12/6/10